981 A.2d 1286

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Dante OVERBY, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 5, 2009.

### *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of October, 2009, the Petition for Allowance of Appeal is hereby **DENIED.** The Application for Relief, styled as a "Petition Requesting Permission for Petitioner to Exercise His 4th, 5th, and 14th Amendment Rights by Having the Unconstitutionally Seized Evidence Against

Him Barred from Use Pursuant to *Mapp v. Ohio,* 367 U.S. 643, 81 S.Ct. 1684, 6 L.Ed.2d 1081 (1961)" is also **DENIED.** The Petition to Reverse Conviction for Failure to Comply with Pa.R.A.P. 1116, or in the alternative, Review Petitioner's Petition for Allowance of Appeal and Procedurally Bar any Arguments from the District Attorney's Office as Untimely is denied as moot.